IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO.  15 B 41356 |
| Lawrence & Kim Baumann | Judge A. Benjamin Goldgar |
| Debtors | Chapter 13  (Lake) |

## OBJECTION TO CONFIRMATION

Now comes ABBOTT LABORATORIES EMPLOYEES CREDIT UNION, a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and for its objection to confirmation of the debtor's proposed Chapter 13 plan respectfully represents as follows:

1.  That Abbott Laboratories Employees Credit Union is the creditor of the Debtor with respect to two debts, an auto loan and a second loan.  Both debts are cross collateralized and the auto loan is fully secured while the second loan is only partially secured.

2.  That Abbott Laboratories Employees Credit Union is the creditor of the debtor with respect to the following debts.

   a.  Acct XXXA074 secured by 2004 Audi A4 1.8T Quattro

   b.  Acct XXXX0714 is cross collateralized and is partially secured.   It should be noted that the proof of claims have not been filed as of this time, however the preparation has begun.

3.  The plan provides currently does not provide for both secured claims.  The plan will need to provide for the amounts on each of the two secured claims and the retail value of the collateral is $7,325 so the secured amount will need to be increased.

4.  Furthermore the plan fails to provide a sufficient interest rate as well as an insufficient set payment.

WHEREFORE, ABBOTT LABORATORIES EMPLOYEES CREDIT UNION prays that this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 plan, for entry of an Order dismissing this Chapter 13 case, and for such other and further relief as this Court may deem just and equitable.

                                         ABBOTT LABORATORIES EMPLOYEES CREDIT UNION

Christopher H. Purcell
Sherman & Purcell LLP         BY: _____/s/ Christopher H. Purcell_____
120 South La Salle Street                    One of its Attorneys
Chicago, Illinois 60603
Phone: (312) 372-1487

## CERTIFICATE OF SERVICE

I, the above signed attorney, certify that on February 12, 2016, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which sends notifications of such filing to the following:

    James Young, Attorney for the Debtor

    Glenn Stearns, Chapter 13 Trustee